USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/2/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOUIS EISENBERG, *on behalf of himself and others*
*similarly situated*,

                          Plaintiff,                                    **ORDER**

          - against -                                          25 Civ. 5689 (NSR)


THE SHADE STORE, LLC,

                          Defendant.
-----------------------------------------------------------------X

Nelson S. Román, U.S.D.J.:

          The Court having been advised that all claims asserted herein have been settled, it is

ORDERED that the above-entitled action be and hereby is discontinued, without costs to either

party, subject to reopening should the settlement not be consummated within forty-five (45) days

of the date hereof.

          The parties are advised that if they wish the Court to retain jurisdiction in this matter

for purposes of enforcing any settlement agreement, they must submit the settlement agreement to

the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

In light of the foregoing, the Court adjourns all other deadlines.


SO ORDERED.

                                                    SO ORDERED:

Dated: October 2, 2025
          White Plains, New York

                                                    HON. NELSON S. ROMAN
                                                    UNITED STATES DISTRICT JUDGE